UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

    WILLIAM BERNIKOW

                             Plaintiff(s)

     -vs-                                      06-Cv-6446T

    XEROX CORPORATION LONG TERM
    DISABILITY INCOME PLAN, ET AL

                             Defendant(s)
_____


       Richard J. Pautler, Esq. has submitted to the Court evidence that he is presently a member in good standing of the Bars of Missouri and Illinois and has requested to be admitted to practice before this Court with respect to the above-captioned matter. Upon due consideration, and pursuant to Local Rule 83.1(i), the requests of Richard J. Pautler, Esq. is granted. Pursuant to Local Rule 83.1(l), the $75.00 fee required for pro hac vice admission may be made payable to Clerk, U.S. District Court.

       Wherefore, upon receipt of the $75.00 admission fee, Richard J. Pautler, Esq. will be admitted to practice <u>pro</u> <u>hac</u> <u>vice</u> in the above-captioned matter.

       ALL OF THE ABOVE IS SO ORDERED.

                                     S/ MICHAEL A. TELESCA
                                MICHAEL A. TELESCA
                                United States District Judge

Dated:  Rochester, New York
        November 2, 2006