LAW OFFICES OF

# GARY L. TYSCH

16255 VENTURA BOULEVARD, SUITE 205
ENCINO, CALIFORNIA 91436-2300

Telephone (818) 995-9555
Facsimile (818) 995-9550

GARY L. TYSCH

January 9, 2007

Hon. Michael A. Telesca  **VIA E-MAIL**
UNITED STATES DISTRICT COURT  Telesca@nywd.uscourts.gov
Western District of New York
2310 United States Courthouse
100 State Street
Rochester, New York

    Re:   *Bernikow v. Xerox Corporation*
           Case No.: 6:06-cv-6446

To Whom it May Concern:

With approval of opposing counsel, we propose that Plaintiff's Opposition to the Motion for Summary Judgment will be due no later than February 26, 2007 and Defendant's Reply to Plaintiff's Opposition will be due no later than March 26, 2007.

Thank you in advance for your continued courtesies and cooperation.

Very truly yours,

LAW OFFICES OF GARY L. TYSCH

    S/Gary M. Tysch

GARY L. TYSCH
GLT:lmr

cc:    Richard J. Pautler, Esq.


**ORDER**

    The Motion for Summary Judgment will be rescheduled for April 5, 2007.  Motion will be submitted without oral argument on April 5, 2007.  Plaintiff's Opposition will be due no later than February 26, 2007.  Defendant's Reply to the Opposition will be due no later than March 26, 2007.

Dated: January 17, 2007       S/ MICHAEL A. TELESCA
                                                Hon. Michael A. Telesca, USDJ